# ELECTRONIC RECORD

907-15

COA #   02-14-00293-CR          OFFENSE:   29.02

STYLE:   Michael Wayne Perry v. The State of Texas          COUNTY:   Tarrant

COA DISPOSITION:   AFFIRMED          TRIAL COURT:   297th District Court

DATE: 06/11/15          Publish: NO   TC CASE #:   1302260D

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Michael Wayne Perry v. The State of Texas

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE:   11/04/2015

JUDGE:   _____

CCA #:   907-15

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD